IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SANDIE KEISTER, on behalf of                                                PLAINTIFF
the Estate of Karen Orr (Deceased)

v.                                                    CIVIL ACTION NO. 1:23-cv-00027-SA-DAS

DOLGENCORP, LLC, et al.                                        DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 23, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 23rd day of February, 2023.

                                                                     /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE