IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SANDIE KEISTER, On Behalf of the
Estate of Karen Orr (Deceased)                                    PLAINTIFF

v.                                        CIVIL ACTION NO. 1:23-cv-00027-GHD-DAS

DOLGENCORP, LLC; *et al.*                                         DEFENDANTS

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant Dolgencorp, LLC's motion for summary judgment [Doc. No. 49] is GRANTED;

(2) the Plaintiff's Motion for Summary Judgment [43], Motion to Strike [45], and Motion for Sanctions [47] are DENIED;

(3) the Defendant's Motion to Exclude [51] is DENIED AS MOOT;

(4) the Plaintiffs' claims are DISMISSED WITH PREJUDICE in their entirety; and

(5) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 25th day of June, 2024.

*/s/ Glen H. Davidson*

_____
SENIOR U.S. DISTRICT JUDGE